40 So.2d 913

**Joseph N. LANGAN et al. v. Gessner T. McCORVEY, etc.**

I Div. 350.

Supreme Court of Alabama.
April 7, 1949.

Jos. N. Langan, of Mobile, for appellants.

Sam M. Johnston and Geo. E. Stone, Jr., both of Mobile, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

40 So.2d 913

**Eddie LEARN v. Era BREMMETT et al.**

7 Div. 977.

Supreme Court of Alabama.
March 22, 1949.

Horace C. Alford, of Birmingham, for appellant.

Lusk, Swann & Burns and Roberts, Cunningham & Hawkins, all of Gadsden, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

41 So.2d 912

**Ann LEETH v. Mrs. G. Scott LEETH.**

6 Div. 884.

Supreme Court of Alabama.
May 10, 1949.

PER CURIAM.

Appeal dismissed, motion of appellant.

41 So.2d 912

**Emmett LUNA v. Carlyn Cagle LUNA.**

6 Div. 749.

Supreme Court of Alabama.
April 19, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

39 So.2d 922

**J. W. McDONALD v. BLACK BELT GIN CO.**

2 Div. 264.

Supreme Court of Alabama.
Feb. 7, 1949.

Geo. E. Sledge and W. R. Withers, both of Greensboro, for appellant.

Pitts & Pitts and Pettus, Fuller, Reeves & Stewart, all of Selma, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.